## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VLADIMIR GRISHAU,<br><br>**Plaintiff,**<br><br>v.<br><br>ALEJANDRO N. MAYORKAS ET AL.,<br><br>**Defendants.** | Civil Action No. 22-3695 (JDB) |

## ORDER

On December 9, 2022, plaintiff filed a petition for a writ of mandamus.  Pet. for Writ of Mandamus & Declaratory J. [ECF No. 1].  Defendants filed a motion to dismiss on March 20, 2023.  Defs.' Mot. to Dismiss [ECF No. 9].  Under the local rules, plaintiff had 14 days to respond to the motion.  See D.C. Local Civ. R. 7(b).  When an opposition "is not filed within the prescribed time, the Court may treat the motion as conceded."  Id.  Long after that 14-day deadline had passed, the Court offered plaintiff one last chance to "file any opposition to the motion to dismiss by not later than May 24, 2023, or the Court will grant the motion as unopposed."  May 10, 2023 Min. Order.  Plaintiff did not file any opposition by that date.

For these reasons, it is hereby

**ORDERED** that [9] defendants' motion to dismiss is **GRANTED** as unopposed; it is further

**ORDERED** that [1] plaintiff's petition for a writ of mandamus and a declaratory judgment is dismissed.

**SO ORDERED.**

1

_____
/s/
JOHN D. BATES
United States District Judge

Dated:  <u>May 30, 2023</u>